IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDWARD BARNES, III**                                                      **PETITIONER**

**v.**                                                **CIVIL ACTION NO. 1:24-cv-183-TBM-RPM**

**BRAND HUFFMAN**                                                **RESPONDENT**

**FINAL JUDGMENT**

For the reasons stated in the Order entered this same day, Edward Barnes, III's Petition for Writ of Habeas Corpus [1] is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 28th day of August, 2025.

                                                         TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE